**Electronically Filed**
**Supreme Court**
**SCWC-12-0000578**
**22-JAN-2019**
**11:31 AM**

SCWC-12-0000578

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

STATE OF HAWAIʻI,
Respondent/Plaintiff-Appellant,

vs.

MANAIAKALANI N.K. KALUA,
Petitioner/Defendant-Appellee.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-12-0000578; 3DTC-11-040282)

ORDER OF CORRECTION
(By: Wilson, J.)

IT IS HEREBY ORDERED that the Opinion of the Court filed on January 15, 2019, is corrected as follows:

The attorney credits for petitioner on page 28 shall be revised to read as follows:

John M. Tonaki
Tyler I. Gomes
(Jon N. Ikenaga on the briefs)
for Petitioner

The Clerk of the Court is directed to take all necessary steps to notify the publishing agencies of this change.

DATED: Honolulu, Hawaiʻi, January 22, 2019.

/s/ Michael D. Wilson

Associate Justice

